IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| ADALEE RANCH, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>HURWITZ RANCH, LLP, a Montana limited liability limited partnership; BEN HURWITZ; and BURT HURWITZ,<br><br>Defendants. | CV 26-62-H-KLD<br><br>ORDER |

Plaintiff has moved for an order allowing Amanda K. Houseal, to appear *pro hac vice* in this case with Brianne C. McClafferty, designated as local counsel. (Doc. 13.) The application of Ms. Houseal appears to be in compliance with L.R. 83.1(d).

**IT IS ORDERED:**

Plaintiff's motion to allow Ms. Houseal to appear in this Court (Doc. 13) is **GRANTED**, subject to the following conditions:

1. Local Counsel shall exercise the responsibilities required by L.R. 83.1(d)(5) and must be designated as lead counsel or as co-lead counsel;

2. Ms. Houseal must do her own work. She must do her own writings, sign her own pleadings, motions, briefs, and, if designated co-lead counsel, must

appear and participate personally in all proceedings before the Court;

3. Admission is personal to Ms. Houseal, not the law firm she works for;

4. Ms. Houseal shall take steps to register in the Court's electronic filing system ("CM-ECF"). Further information is available on the Court's website, www.mtd.uscourts.gov;

5. Local counsel shall also sign all such pleadings, motions and briefs and other documents served or filed; and

6. Local counsel will provide a copy of this order to *pro hac* counsel.

**IT IS FURTHER ORDERED:**

Ms. Houseal must file, within fifteen (15) days from the date of this Order, an acknowledgment and acceptance of her admission under the terms set forth above.

DATED this 19th day of November, 2026.

Kathleen L. DeSoto
United States Magistrate Judge